ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

FEB 8 - 2002

$50 FEE PAID #118218 FEE NOT PAID (SEE LETTER)

__Federal Insurance Company__
        Plaintiff(s)    *

              Case No.: __AMD02CV241__

vs.        *

___ FILED  ___ ENTERED
___ LODGED ___ RECEIVED

__Nanticoke Homes, Inc., and Connectiv__  *
        Defendant(s)

FEB 12 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*****

### MOTION FOR ADMISSION *PRO HAC VICE*

    I, Justin J. King, Esquire am a member in good standing of the bar of this Court. My bar number is 819. I am moving the admission of Gregory Spizer, Esquire to appear *pro hac vice* in this case as counsel for Federal Insurance Company.

    We certify that:

1.    The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| The Supreme Court of Pennsylvania | November, 1998 |
| The New Jersey State Court | January, 1999 |
| U.S. District Court For The Middle District of Pennsylvania | December, 1998 |
| U.S. District Court For the Eastern District of Pennsylvania | April, 1999 |
|  |  |

2.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

U.S. District Court (Rev. 11/29/2001) - Pro Hac Vice            Page 1 of 2

Doc#: 1268553 v1



4.  The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6.  The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.  **The $50.00 fee for admission *pro hac vice* is enclosed**. (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _____ Signature | _____ Signature    Prid 281968    PIId 112732 |
| Justin J. King, Esquire Printed Name | Gregory S. Spizer, Esquire Printed Name |
| Law Offices Justin James King Firm | White and Williams LLP Firm |
| 409 Washington Avenue Suite 707 Towson, MD 21204 Address | 1800 One Liberty Place Philadelphia, PA 19103 _____ Address |
| (410) 337-3755 Telephone Number | (215) 864-7035 Telephone Number |
| (410) 337-3758 Fax Number | (215) 864-7123 Fax Number |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

☒ GRANTED        ☐ DENIED

2/12/2002                              _____
Date                                   United States District Judge

Doc#: 1268553 v1