IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. AMD 02-CV-241 |
| | : | |
| NANTICOKE HOMES, INC., et. al | : | |
| Defendants | : | |

...oOo...

## ORDER

It is this 22nd day of May, 2002, by the United States District Court for the District of Maryland, ORDERED

(1) That the plaintiff's oral request to dismiss this case without prejudice is GRANTED; and it is FURTHER ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order to the attorneys of record.

_____
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE